AO 241 (Rev. 09/17)

## PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District: **Middle** |
|---|---|
| Name (under which you were convicted): **Henry William Johnson, II** | Docket or Case No.: |
| Place of Confinement: **Orange County Jail · P.O. Box 4970 · Orlando 32802** | Prisoner No.: **230093277** |

Petitioner (include the name under which you were convicted)

**Henry William Johnson, II**

v.

Respondent (authorized person having custody of petitioner)

**Secretary: DOC**
**Louis A. Quinones: Commander Orange County Jail**

The Attorney General of the State of: **Florida**

## PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging:

   **Orange County Circuit Court · 425 N. Orange Avenue · Orlando, Florida 32801**

   (b) Criminal docket or case number (if you know): **2021-CF-013622-A-OR**

2. (a) Date of the judgment of conviction (if you know): **February 10th, 2022**

   (b) Date of sentencing: **February 10th, 2022**

3. Length of sentence: **Three (3) Years Probation**

4. In this case, were you convicted on more than one count or of more than one crime?  ☐ Yes  ☑ No

5. Identify all crimes of which you were convicted and sentenced in this case:

   **Aggravated Assault w/a Deadly Weapon § 784.021(1)(A)**
   **3rd Degree Felony**

6. (a) What was your plea? (Check one)
   
   ☐ (1) Not guilty    ☑ (3) Nolo contendere (no contest)
   
   ☐ (2) Guilty        ☐ (4) Insanity plea

Page 2 of 16

AO 241 (Rev. 09/17)

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to?

(c) If you went to trial, what kind of trial did you have? (Check one)

☐ Jury   ☐ Judge only

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

☐ Yes   ☐ No

8. Did you appeal from the judgment of conviction?

☐ Yes   ☒ No

9. If you did appeal, answer the following:

(a) Name of court:

(b) Docket or case number (if you know):

(c) Result:

(d) Date of result (if you know):

(e) Citation to the case (if you know):

(f) Grounds raised:

(g) Did you seek further review by a higher state court?   ☐ Yes   ☒ No

If yes, answer the following:

(1) Name of court:

(2) Docket or case number (if you know):

(3) Result:

AO 241 (Rev. 09/17)

    (4) Date of result (if you know):

    (5) Citation to the case (if you know):

    (6) Grounds raised:

  (h) Did you file a petition for certiorari in the United States Supreme Court?   ☐ Yes   ☑ No

    If yes, answer the following:

    (1) Docket or case number (if you know):

    (2) Result:

    (3) Date of result (if you know):

    (4) Citation to the case (if you know):

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?   ☑ Yes   ☐ No

11. If your answer to Question 10 was "Yes," give the following information:

  (a) (1) Name of court: **United States District Court - Middle District**
    (2) Docket or case number (if you know): **6:22-cv-02396-WWB-EJK**
    (3) Date of filing (if you know): **12/22/2022**
    (4) Nature of the proceeding: **Petition under 28 U.S.C. §2241 For Writ of Habeas Corpus**
    (5) Grounds raised:

    **1) Police manufactured the charge that was not reported by the alleged victim.**
    **2) The charge was essentially tortious (civil) in nature, not criminal so the criminal court lacked subject matter jurisdiction**
    **3) In disregard of Presumption of Innocence until proven guilty, defendant was detained under an unattainable bond - tantamount to no bond - and excessive in violation of 8th Amendment.**
    **4) Defendant was deprived of Pretrial Release Hearing**

  (6) Did you receive a hearing where evidence was given on your petition, application, or motion?
    ☐ Yes   ☑ No

  (7) Result:

    **5) Counsel did not deposition alleged victim.**

Page 4 of 16

AO 241 (Rev. 09/17)

    (8) Date of result (if you know): 1/26/2023 · Dismissed w/out Prejudice

(b) If you filed any second petition, application, or motion, give the same information:

    (1) Name of court: United States District Court · Middle District

    (2) Docket or case number (if you know): 6:23-cv-1982-CEM-LHP

    (3) Date of filing (if you know): October 23rd, 2023

    (4) Nature of the proceeding: Petition under 28 U.S.C. §2254 for Writ of Habeas Corpus

    (5) Grounds raised: 
1) Police manufactured the charge that was not reported by the alleged victim.
2) The charge was essentially tortious (civil) in nature, not criminal so the criminal court lacked subject matter jurisdiction.
3) In disregard of Presumption of Innocence until proven guilty, defendant was detained under an excessive unattainable bond - tantamount to no bond.
4) Defendant was deprived of Pretrial Release Hearing.
5) Counsel did not deposition alleged victim.

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

    ☐ Yes    ☑ No

    (7) Result: Pending - Respondent given 90 days to respond.

    (8) Date of result (if you know):

(c) If you filed any third petition, application, or motion, give the same information:

    (1) Name of court:

    (2) Docket or case number (if you know):

    (3) Date of filing (if you know):

    (4) Nature of the proceeding:

    (5) Grounds raised:

AO 241 (Rev. 09/17)

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes   ☐ No

(7) Result: _____

(8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:   ☐ Yes   ☒ No
(2) Second petition:  ☐ Yes   ☒ No
(3) Third petition:   ☐ Yes   ☐ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not: *This Court is the proper forum to address and remedy violations of the United States' Constitution, under Article III § 1.*

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**CAUTION:** To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

**GROUND ONE:** *Violation by the State of Florida of Article 1 § 10 -(Restriction on the Powers of the States)- to the United States and Florida Constitutions.*

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

*Florida Statute § 921.0022 (Criminal Punishment Code) is in direct violation of Article 1 § 10 (Restriction on Powers of the States) to both the United States Constitution's, and Article 1 § 10 Florida Constitution's proscription against the passing and application of any ex post facto laws, and law impairing the obligation of Contracts by bringing up priors for which time have already-long since - been served upon those priors; and, such priors were resultant of plea bargains; and numerous ones were before Florida's passage of the CPC in 1998.*

(b) If you did not exhaust your state remedies on Ground One, explain why:

*(The Florida Supreme Court has erected an stop gap measure and obstruction of citizens' rights to due process of law by obstinately equivocating and failing to address the matter of the CPC implicating the proscription against Double Jeopardy, i.e., being twice punished for the same prior offenses for which sentences have already been served long ago.*

Page 6 of 16

AO 241 (Rev. 09/17)

(c) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?   ☐ Yes   ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
☑ Yes   ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: Petition For Writ of Habeas Corpus Ad Subjiciendum

Name and location of the court where the motion or petition was filed: Orange County Circuit Court

Docket or case number (if you know): 2021-CF-013622-A-OR

Date of the court's decision: 1/20/2022 · Treated Petition as if it were a motion

Result (attach a copy of the court's opinion or order, if available): attorney needed to file.

(3) Did you receive a hearing on your motion or petition?   ☐ Yes   ☑ No

(4) Did you appeal from the denial of your motion or petition?   ☑ Yes   ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☑ Yes   ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: Orange County Circuit Court — Rejoinder to Judge's erroneous ruling

Docket or case number (if you know): 2021-CF-013622-A-OR   2/4/2022

Date of the court's decision: No action was taken by Judge · Defendant (I)

Result (attach a copy of the court's opinion or order, if available): pled out to probation on 2/10/2022 — six (6) days later.

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

AO 241 (Rev. 09/17)

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One:

GROUND TWO: Agents for the State have, under the same case #(21-CF-013622) utilized 3 different score sheets (F.R.C.P. Rule 3.992(a)) all with increasing scores = vindictive prosecution.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

(1) The very first score sheet, utilizing expired priors, was totted up at 71.1+43.1= 32.33
(2) The second score sheet, utilizing expired priors, was totted up at 175.4-147.4= 110.55 erroneously scoring two(2) 12 point Community Sanction (Community Control) Violations- when I was in all actuality on probation - not community control. This, as you can see, was an irrational, unreasonable increase of 104 points!
(3) The third score sheet, utilizing expired priors, was totted up at 205.3-$^{28}$177.3 = 132.98, Note that twent-two(22) priors scored were before 1998- the effective application date of the Criminal Punishment Code; this equates to ex post facto and double jeopardy violations.

(b) If you did not exhaust your state remedies on Ground Two, explain why:

The Florida Supreme Court has erected an stop gap measure and obstruction of citizens rights to Due Process of Law by obstinately equivocating and failing to address the unconstitutionality of the CPC. (See Attached Argument/Memorandum Of Law)

(c) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?  ☐ Yes  ☐ No

(2) If you did <u>not</u> raise this issue in your direct appeal, explain why: See above

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
☐ Yes  ☒ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

AO 241 (Rev. 09/17)

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition?    ☐ Yes   ☐ No

(4) Did you appeal from the denial of your motion or petition?    ☐ Yes   ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ☐ Yes   ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

*This is the first time I have raised this particular issue in that the first Score Sheet was from 2/10/2022, the second score sheet 9/19/2022. The third Score Sheet is from approximately 3/19/2023.*

(e)    **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two :

**GROUND THREE:** *Defendant has been deprived (again) of Pre Violation Hearing deprived of life (livelihood), liberty and property (use thereof) w/out Due Process.*

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

*Defendant has been incarcerated in jail since 3/19/2023 w/out yet having admitted to any violations of Probation and Community Control; and yet he has not been afforded benefit of presumption of innocence until proven guilty and deprived PTR or Previolation Hearing benefit of doubt, and release, until found guilty. Defendant has been in jail now 296 days since adduced violations.*

AO 241 (Rev. 09/17)

(b) If you did not exhaust your state remedies on Ground Three, explain why: Defendant is shackled by Public Defender Counsel's limited assistance, and slackness and putting off motions Defendant has instructed Counsel to file on Defendant's behalf and in defense of Defendant's interests.

(c) **Direct Appeal of Ground Three:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?  ☐ Yes  ☐ No

    (2) If you did not raise this issue in your direct appeal, explain why:

(d) **Post-Conviction Proceedings:**

    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

    ☒ Yes  ☐ No

    (2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: Petition for Writ of Habeas Corpus Ad Subjiciendum

Name and location of the court where the motion or petition was filed: Orange County Circuit Court

Docket or case number (if you know): 2021-CF-013622

Date of the court's decision: 1/20/2022

Result (attach a copy of the court's opinion or order, if available): Treated Petition As it were a motion attorney needed to file.

    (3) Did you receive a hearing on your motion or petition?  ☐ Yes  ☒ No
    (4) Did you appeal from the denial of your motion or petition?  ☒ Yes  ☐ No
    (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☒ Yes  ☐ No
    (6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: Orange County Circuit Court

Docket or case number (if you know): 2021-CF-013622-A-OR

Date of the court's decision: No action taken by Court.

Result (attach a copy of the court's opinion or order, if available):

AO 241 (Rev. 09/17)

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three:

Counsel claims he filed motion for to transfer jurisdiction to Broward County however no motion is shown as having been filed through Clerk of Courts Records

**GROUND FOUR:** Both Assistant State Attorneys were amenable to Mental Health Court Program §948.06(k) 1. However unassigned ASA denied Defendant's participation

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

By virtue of the provisions of §948.06(k) 1 ~ for offenses committed on or after 7/1/2016 the court may order the offender to successfully complete a postadjudicatory mental health court program under §394.47892 (c) if the offender is amenable to the services. Petitioner herein contends and maintains that (1) §948.06(k)(1) is established law, (2) The unassigned ASA has no say in the matter w/out having the law changed by the legislature. Petitioner in all respects meets the criteria under case 2021-CF-013622, both assigned ASA's (to the case) had no objection.

(b) If you did not exhaust your state remedies on Ground Four, explain why:

Petitioner is limited, hindered, by the actions taken by Assistant Public Defender assigned to the case. Short of Petitioning this Court, Petitioner can get no remedy because, neither the Orange County Circuit Court nor Florida Supreme Court will acknowledge or address any motions or petitions filed by Defendant/Petitioner.

(c) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ☐ Yes    ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes    ☑ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

Page 11 of 16

AO 241 (Rev. 09/17)

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition?    ☐ Yes    ☐ No

(4) Did you appeal from the denial of your motion or petition?    ☐ Yes    ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ☐ Yes    ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e)  **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: None— because Assistant Public Defender has not taken any action with regard to Ground 4. See Ground Four under (b) supra.

AO 241 (Rev. 09/17)

13. Please answer these additional questions about the petition you are filing:

   (a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?  ☐ Yes  ☒ No

   If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: All of them — because assigned Assistant Public Defender(s) have not acted on them, depriving Defendant/Petitioner of effective remedy and relief.

   (b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

   All of these grounds are being presented to this United States District Court — which under Article III § 1 United States Constitution is the Proper Forum

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?  ☒ Yes  ☐ No

   If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available. United States District Court

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?  ☒ Yes  ☐ No

   If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. U.S. District Court · 6:23-cv-1982-CEM-LHP See page 5 @ 11 (b) 1 through 7 herein.

AO 241 (Rev. 09/17)

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing:  None

(b) At arraignment and plea:  Andrew Long · 435 N. Orange Ave - Rm 400· Orlando, Florida 32801

(c) At trial:

(d) At sentencing:  Andrew Long, (Supra.)

(e) On appeal:

(f) In any post-conviction proceeding:

(g) On appeal from any ruling against you in a post-conviction proceeding:

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?    ☐ Yes   ☒ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

(b) Give the date the other sentence was imposed:

(c) Give the length of the other sentence:

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?    ☐ Yes   ☐ No

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

Page 14 of 16

Case 6:24-cv-00115-GAP-RMN    Document 1    Filed 01/18/24    Page 14 of 15 PageID 14

AO 241 (Rev. 09/17)



---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

    (1)    A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of -

        (A)    the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

        (B)    the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

        (C)    the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

        (D)    the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

Page 15 of 16

AO 241 (Rev. 09/17)

(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief:

*Discharge from Unlawful Detainment*

or any other relief to which petitioner may be entitled

Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on  1/11/2024  (month, date, year).

Executed (signed) on  1/11/2024  (date).

*Henry William Johnson II*
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

Page 16 of 16